IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARCO ANTHONY GUIRLANDO                                                   PLAINTIFF

v.                                    Civil No. 1:20-cv-1007

UNION COUNTY JAIL; CAPTAIN
RICHARD MITCHAM; RICKY ROBERTS;
LT. KEVIN PENDLETON; LT. PAUL
KUGLER; OFFICER JOHN DOES 1-4;
DR. DEANNA HOPSON; NURSE KASIE
SANFORD; AND NURSE SHERIE RICE                                            DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on July 21, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 41). Judge Bryant recommends that the Court grant Separate Defendant Union County Jail's Motion to Dismiss (ECF No. 32) and dismiss Plaintiff's claims against that entity without prejudice. The Court finds that the matter is ripe for consideration.[1]

Being well and sufficiently advised, the Court adopts the Report and Recommendation (ECF No. 41) *in toto*. Defendant Union County Jail's Motion to Dismiss (ECF No. 32) is hereby **GRANTED**. Plaintiff's claims against Defendant Union County Jail are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is hereby **DIRECTED** to terminate Defendant Union County Jail as a party to this action.

**IT IS SO ORDERED**, this 24th day of July, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Ordinarily, the Court would wait fourteen days to allow the parties the opportunity to file objections to the Report and Recommendation. However, given that Plaintiff responded to the pending motion to dismiss and indicated that he agrees his claims against Defendant Union County Jail should be dismissed, the Court sees no need to wait for objections.