IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARCO ANTHONY GUIRLANDO                                         PLAINTIFF

v.                              Civil No. 1:20-cv-01007

CAPTAIN RICHARD MITCHAM, Union County
Detention Center ("UCDC"); JOHN DOES 1-4;
RICKY ROBERTS, Sheriff, Union County;
LIEUTENANT KEVIN PENDLETON, UCDC;
DR. DEANNA HOPSON; NURSE KASIE SANDFORD;
NURSE SHERIE RICE; and LIEUTENANT PAUL
KUGLER, UCDC                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 2, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 50). Judge Bryant recommends that the Court deny Plaintiff Marco Anthony Guirlando's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 17), Motion for Emergency Relief (ECF No. 35), and Motion for Emergency Hearing on Motion for Emergency Relief. (ECF No. 47).

Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 50) *in toto*. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 17), Motion for Emergency Relief (ECF No. 35), and Motion for Emergency Hearing on Motion for Emergency Relief (ECF No. 47) are hereby **DENIED**.

IT IS SO ORDERED, this 27 day of October, 2020.

/s/ Susan O. Hickey_____
Susan O. Hickey

                                                    Chief United States District Judge