IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARCO GUIRLANDO                                                                                    PLAINTIFF

v.                                          Case No. 1:20-cv-01007

SHERIFF RICKY ROBERTS;
CAPTAIN RICHARD MITCHAM;
KEVIN PENDLETON; LT. PAUL KUGLER;
LT. BILLY PERRY; SGT. JOHN WARD;
SGT. JEDIDIAH COTTON;
DR. DEANNA HOPSON; and
NURSE SHERIE RICE                                                                                 DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed July 8, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 89). Judge Bryant recommends that Defendant Hopson's Motion for Summary Judgment (ECF No. 70) be granted, Plaintiff's individual capacity claims against Defendant Hopson be dismissed with prejudice, and Plaintiff's state law claims against Defendant Hopson be dismissed without prejudice.

Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 89) *in toto*. Defendant Hopson's Motion for Summary Judgment is **GRANTED**. Plaintiff's individual capacity claims against Defendant Hopson are **DISMISSED WITH PREJUDICE**. Plaintiff's state law claims for breach of contract and medical malpractice against Defendant Hopson are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of August, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge