IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARCO GUIRLANDO                                                                          PLAINTIFF

v.                                          Civil No. 1:20-cv-01007

SHERIFF RICKY ROBERTS;
CAPTAIN RICHARD MITCHAM;
KEVIN PENDLETON; LT. PAUL
KUGLER; LT. BILLY PERRY; SGT.
JOHN WARD; SGT JEDIDIAH COTTON;
DR. DEANNA HOPSON; and NURSE
SHERIE RICE                                                                             DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 24, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 91). Judge Bryant recommends that: Defendants' Motion for Summary Judgment (ECF No. 73) be granted; Plaintiff's individual and official capacity claims against all defendants be dismissed with prejudice; Plaintiff's state law claim for breach of contract against Defendant Rice be dismissed without prejudice; and Defendants Perry and Ward be terminated as Defendants because they were never served with process.

Plaintiff has twice been granted an extension of time to file an objection to the Report and Recommendation. (ECF Nos. 93, 95). The deadline for Plaintiff to file an objection expired on October 11, 2021. Plaintiff did not file an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 91) *in toto*. Defendants' Motion for Summary Judgment (ECF No. 73) is **GRANTED**.

Plaintiff's individual and official capacity claims against all Defendants are **DISMISSED WITH PREJUDICE**. Plaintiff's state law claim for breach of contract against Defendant Rice is **DISMISSED WITHOUT PREJUDICE**. Defendants Perry and Ward are **TERMINATED** as Defendants because they were never served with process.

    **IT IS SO ORDERED**, this 18th day of October, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge
